**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **BYRON BUTCHER, et al.** | : | |
| **v.** | : | **Civil No. 5:25-cv-07381-JLS** |
| **GREGORY J. MORRIS, et al.** | : | |

**ORDER**

**AND NOW,** this 26th day of August, 2026, it is hereby **ORDERED** that:

1. Defendant John Ashcraft's motion to dismiss the First Amended Complaint [Doc. 23] is **GRANTED**.
2. Defendants Keller Kline, Andrea Naugle and Lehigh County's Motion to dismiss for failure to state a claim [Doc. 24] is **GRANTED**.
3. The First Amended Complaint is **DISMISSED** without prejudice to Plaintiff filing a Second Amended Complaint.
4. Plaintiffs' motion for extension and leave to file excess pages [Doc. 27] is **GRANTED**.
5. Plaintiffs' motion to file Exhibits E and F under seal [Doc. 28] is **GRANTED**.
6. Defendant Gregory J. Morris' motion to dismiss the original complaint [Doc. 8] is **DENIED** as moot.
7. Defendants Keller Kline, Andrea Naugle and Lehigh County's motion to dismiss the original complaint [Doc. 13] is **DENIED** as moot.
8. Defendant John Ashcraft's motion to dismiss the original complaint [Doc. 15] is **DENIED** as moot.

**BY THE COURT:**

*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL, J.**